IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND HEIGHTS FOUNDATION, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 3:10-0712 |
| ) | Judge Trauger |
| MAGELLAN BEHAVIORAL HEALTH, INC., ) ) | |
| Defendant. ) | |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 30th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge