IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND HEIGHTS FOUNDATION, INC., ) )<br>) <br>Plaintiff, )<br>) <br>v. )<br>) <br>MAGELLAN BEHAVIORAL HEALTH, INC. )<br>) <br>Defendant. ) | No. 3:10-cv-00712<br><br>Judge Nixon/Magistrate Judge Griffin |

## AGREED ORDER OF DISMISSAL

It appears to the satisfaction of the Court, as evidenced by the signatures of counsel for the parties below, that the parties have agreed that all claims for relief requested in Plaintiff's Verified Complaint and Motion for Injunctive Relief (Dkt. #1-1) and the subsequently filed Motion for Preliminary Injunction (Dkt. #19), which consisted of Plaintiff's requests for temporary/injunctive relief pending arbitration, have been addressed by the Court in its Order of September 7, 2010 (Dkt. #47). The Court denied Plaintiff's request for temporary/preliminary injunctive relief pending arbitration. The parties further agree that this action should be dismissed with prejudice as to Plaintiff's claims for temporary/preliminary injunctive relief pending arbitration, but without prejudice as to Plaintiff's contractual right to pursue arbitration.

Accordingly, it is hereby ORDERED that Plaintiff's Verified Complaint and Motion for Injunctive Relief filed against Defendant is **DISMISSED with prejudice,** as to Plaintiff's claims for temporary/preliminary injunctive relief pending arbitration**.**

It is further ORDERED that the dismissal of this action is **without prejudice** as to Plaintiff's contractual right to pursue arbitration.

2439507

IT IS SO ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

AGREED TO AND SUBMITTED FOR ENTRY:


s/George Nolan
George Nolan (BPR No. 14974)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN 37219
(615) 780-4114
gnolan@leaderbulso.com

*Attorneys for Plaintiff Cumberland Heights Foundation, Inc.*


s/Robert S. Patterson
Robert S. Patterson (BPR No. 6189)
Patricia Head Moskal (BPR No. 11621)
John M. Scannapieco (BPR No. 14473)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615) 252-2335
bpatterson@babc.com
pmoskal@babc.com
jscannapieco@babc.com

*Attorneys for Defendant Magellan Behavioral Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court on this the 4th day of October, 2010 using the Court's CM/ECF system and which will serve notice of such filing to the following:

> George Nolan
> LEADER, BULSO & NOLAN, PLC
> 414 Union Street, Suite 1740
> Nashville, TN 37219
> (615) 780-4114
> gnolan@leaderbulso.com

                                              s/Patricia Head Moskal
                                              Patricia Head Moskal